UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA (Erie)

IN RE:   JESSE J NOBLE                          CASE NO:   23-10406
                                                CHAPTER:   13

        Debtor (s)

### Change of Address – Notifications for Creditor

As to Claim  2-1,  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

| Old Notice Address | New Notice Address |
|---|---|
| PO Box 130000 | P.O. Box 169005 |
| Raleigh NC 27605 | Irving, TX 75016 |

Please note that the address for payment **has not changed**.  Consult the proof of claim for the payment address.

Creditor Phone Number: 1-888-875-9372
Creditor Email Address:  BKChapter13@WellsFargo.com


    7/8/2024                              /s/ LaDonna Broadway
                                           Bankruptcy Processor
                                           Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

**CERTIFICATE OF SERVICE**

WESTERN DISTRICT OF PENNSYLVANIA (Erie)

IN RE:    JESSE J NOBLE                                    CASE NO:   23-10406
                                                          CHAPTER:   13

        Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on
___7/8/2024_____, I served a true and correct copy of the above notice of address change on the
Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not
represented by counsel.


___7/8/2024_____                          /s/ LaDonna Broadway_____
                                          Bankruptcy Processor
                                          Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto