UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania (Erie)

IN RE:   JESSE J NOBLE                           CASE NO:   23-10406
                                                 CHAPTER:   Chapter 13

    Debtors

**<u>Change of address – Payment for Creditor</u>**

As to Claim 2-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

Old Notifications address                        New Notifications address

Old payment address                              New payment address
Wells Fargo Auto                                 Wells Fargo Auto
PO Box 17900                                     PO Box 51963
Denver, CO 80217–0900                            Los Angeles CA 90051-6263

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: BKChapter13@WellsFargo.com


07/22/2025                                        /s/Brian McKee
                                                 Lead Loan Servicing Representative
                                                 Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

CERTIFICATE OF SERVICE

Western District of Pennsylvania (Erie)

IN RE:   JESSE J NOBLE                    CASE NO:   23-10406
                                          CHAPTER:   Chapter 13

　　　Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 07/22/2025, I served a true and correct copy of the above Change of Address as follows:

☒ By CM/ECF:
Brian McKee
Lead Loan Servicing Representative

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

07/22/2025                       /s/ Brian McKee
                                 Lead Loan Servicing Representative
                                 Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto