**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Jesse J. Noble, | : | Bankruptcy Case No.: 23-10406-JCM |
| Debtor. | : | Chapter 13 |
| Jesse J. Noble, | : | Document No.: 50 |
| Movant, | : | Related to Document No.: |
| v. | : | Related to Claim No.: 6 |
| M&T Bank, | : | |
| Respondent. | : | |

**<u>DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING</u>**

Pursuant with the Notice of Mortgage Payment Change filed on October 23, 2025, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing Chapter 13 Plan is sufficiently funded to provide for the proposed mortgage payment change effective December 1, 2025. Debtor's Plan remains sufficient.

Respectfully Submitted,

Date: <u>October 23, 2025</u>

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtors
PA I.D. # 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com