FORM JCM 005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jesse J. Noble, | : | Bankruptcy No. 23-10406-JCM |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Jesse J. Noble, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related Document No.: |
| v. | : | |
| | : | Hearing Date and Time: |
| No Respondent, | : | December 16, 2025, at 10:00 AM |
| | : | |
| Respondent. | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF JESSE J. NOBLE FOR APPLICATION TO APPROVE EMPLOYMENT OF REALTOR/BROKER FOR THE SALE OF DEBTOR'S PROPERTY**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than November 24, 2025 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on December 16, 2025, at 10:00 a.m. before Judge John C. Melaragno in Courtroom C, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date:   November 7, 2025                         /s/Brian C. Thompson
                                                 Brian C. Thompson, Esquire
                                                 Attorney for Debtor
                                                 PA I.D. # 91197
                                                 Thompson Law Group, P.C.
                                                 301 Smith Drive
                                                 Suite 6
                                                 Cranberry Township, PA 16066
                                                 (724) 799-8404 Telephone
                                                 (724) 799-8409 Facsimile

Case 23-10406-JCM    Doc 53    Filed 11/07/25    Entered 11/07/25 15:46:03    Desc Main
Document      Page 2 of 2

bthompson@thompsonattorney.com