# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jesse J. Noble, | : | Bankruptcy No. 23-10406-JCM |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Jesse J. Noble, | : | |
| | : | Document No.: 55 |
| Movant, | : | |
| | : | Related Document No.: 52, 53 |
| v. | : | |
| | : | Hearing Date and Time: |
| No Respondent, | : | December 16, 2025, at 11:00 AM |
| | : | |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION TO APPROVE EMPLOYMENT OF REALTOR/BROKER FOR THE SALE OF DEBTOR'S PROPERTY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on November 7, 2025, at Document No. 52 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 53, Objections were to be filed and served no later than November 24, 2025.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 52 be entered by the Court.

Date: <u>November 25, 2025</u>    /s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com