FORM JCM 006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Jesse J. Noble, | : | Bankruptcy Case No.: 23-10406-JCM |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Jesse J. Noble, | : | Document No.: |
| | : | |
| Movant, | : | Related to Document No.: |
| | : | |
| | : | |
| v. | : | |
| | : | **Hearing Date and Time:** |
| TD Retail Card Services, Wells, | : | March 10, 2026, at 2:30pm |
| Fargo Bank, N.A. d/b/a Wells Fargo, | : | |
| Auto, Cavalry SPV I, LLC, Wells | : | |
| Fargo Banks, N.A., Wells Fargo | : | |
| Card Services, M&T Bank, and | : | |
| Portfolio Recovery Associates, LLC | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF HEARING ON MOTION TO SELL REAL ESTATE
KNOWN AS 7595 STERRETTANIA ROAD, GIRARD, PA 16417
FREE AND DIVESTED OF LIENS, CLAIMS, CHARGES AND/OR
ENCUMBRANCES IN ACCORDANCE WITH 11 U.S.C. § 363**

To the creditors and parties in interest of the above named Debtor:

NOTICE IS HEREBY GIVEN THAT Debtor, Jesse J. Noble has filed a ***MOTION TO SELL REAL ESTATE KNOWN AS 7595 STERRETTANIA ROAD, GIRARD, PA 16417 FREE AND CLEAR OF THIRD PARTY INTERESTS, LIENS, CLAIMS, CHARGES AND/OR ENCUMBRANCES IN ACCORDANCE WITH 11 U.S.C. § 363*** the following property:

***Address: 7595 Sterrettania Road, Girard, 16417, in the municipality of Fairview Township, County of Erie, in the School District of Fairview, I the Commonwealth of Pennsylvania. Tax ID #(s): 21-069-127.0-004.01***

to ***Jayme Sheldon of 1757 W 21st, Erie, PA 16502*** for ***$220,000.00*** according to the terms set forth in the *Motion for Sale*.

***On or before March 2, 2026,*** any ***Objections*** to the sale shall be filed with the U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 with a copy served on all interested parties.

A hearing is scheduled for **March 10, 2026 at 2:30 *P.M.***, before Judge John C. Melaragno in: Courtroom C @, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA, at which time higher/better offers will be considered and Objections to the sale will be heard.

Date of Notice: February 13, 2026

/s/Brian C. Thompson, Esquire
Brian C. Thompson
PA ID: 91197

Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com

Arrangements for inspection prior
to said sale hearing may be made with:
**Brian C. Thompson, Attorney for Debtor**
**Thompson Law Group, P.C.**
**301 Smith Drive, Suite 6**
**Cranberry Township, PA 16066**