**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-10406-JCM |
| | : | | |
| Jesse J. Noble | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 3/10/2026 |
| | : | Time: | 02:30 |

## PROCEEDING MEMO

**MATTER**   #58 Motion to Sell Property Free and Clear of Liens under Section 363(f)
#65 Response by Chapter 13 Trustee

**APPEARANCES:**

Debtor: Brian C. Thompson
Trustee: Kate DeSimone

**NOTES:**

Thompson:   The title search came back with two judgments. The numbers came close to whether we can pay unsecured creditors in full.  We asked for waiver of the advertising requirement based on that. We still feel like there is room to get this done, and I would like to file an amended proposed order.  I would ask for a continuance to the Court's March 24th date.

J.:   I would like the caption to be corrected, so I am going to deny the motion and you can refile it.  The Court will schedule the hearing for March 24, 2026 at 2:30 P.M. once the motion is filed.

**OUTCOME:**   For the reasons stated at the hearing held on March 10, 2026 on the Motion to Sell Property Free and Clear of Liens ("Motion") (Doc. 58) it hereby ORDERED, ADJUDGED, and DECREED that the Motion is DENIED without prejudice to refiling. The filing fee on the Amended Sale Motion is waived.  TO to be entered.

SIGNED
3/10/26 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA