**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 23-10406-JCM |
| | ) | |
| Jesse J. Noble, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | April 21, 2026 at 1:30 p.m. |
| | ) | |
| No Respondent. | ) | |

<u>**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN
CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.**</u>

To All Creditors and Parties in Interest:

1.    Applicant represents Jesse J. Noble.

2.    This is an interim application for the period May 3, 2023  to March 13, 2026.

3.    Previous retainer paid to Applicant: $1,425.00.

4.    Previous interim compensation allowed to Applicant: $3,575.00

5.    Applicant requests additional:
Compensation of $3,095.00
Reimbursement of Expenses of $217.65

6.    A hearing will be held on <u>April 21, 2026, at 1:30 p.m.</u> before Judge John C. Melaragno in Courtroom C, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

You should take this Notice and the Motion to a lawyer at once.

7.    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than <u>March 30, 2026</u> (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

Dated: <u>March 13, 2026</u>          <u>/s/Brian C. Thompson</u>
                                      Brian C. Thompson, Esquire
                                      PA ID No. 91197
                                      THOMPSON LAW GROUP, P.C.
                                      301 Smith Drive, Suite 6
                                      Cranberry Township, PA 16066
                                      (724) 799-8404
                                      bthompson@thompsonattorney.com