**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Jesse J. Noble, | : | Bankruptcy Case No.: 23-10406-JCM |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Jesse J. Noble, | : | Document No.: |
| | : | |
| Movant, | : | Related to Document No.: 77 |
| : | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents, | : | |
| | : | |
| Respondents. | : | |

### STIPULATED ORDER OF DEBTOR'S AFFIDAVIT PER LBR 6004-2

The undersigned parties agree that the sale of debtor's real property may proceed without meeting the requirements for publication in W.PA.LBR 6004-1, as all or a portion of the funds received by the debtor for the sale or refinancing of real property is designated to pay one hundred percent (100%) of the amount owed to creditors with allowed claims. Debtor has stipulated that he waives his exemption under Section 522(d)(1) in the proceeds of sale, and Debtor has further stipulated that he waives a discharge in this case unless and until the 100% of allowed claims are paid in full.

AND NOW, this _____ day of _____, 2026, upon consideration of the Debtor and Chapter 13 Trustee hereby stipulate that sale of the proposed property pursuant to the motion filed at Doc. No. 77 on April 2, 2026, shall be without publication pursuant to Local Rule 6004-2.

_____
United States Bankruptcy Judge

Stipulated by:

/s/ *Brian C. Thompson*, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com


Stipulated by:

/s/*James C. Warmbrodt*, Esquire
James C. Warmbrodt
PA ID: 42524
Attorney for Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jwarmbrodt@chapter13trusteewdpa.com


cc:   All Parties in Interest to be served by Clerk