## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Jesse J. Noble, | : | Bankruptcy Case No.: 23-10406-JCM |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Jesse J. Noble, | : | Document No.: |
| | : | |
| Movant, | : | Related to Document No.: |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents, | : | |
| | : | |
| Respondents. | : | |

### DEBTOR'S AFFIDAVIT PER LBR 6004-2

I, Jesse J. Noble, hereby waive the entry of a discharge in this case unless and until 100% of the timely filed, allowed unsecured claims are paid in full.  I hereby waive my right to my previously elected homestead exemption under Section 522(d)(1) to an extend necessary to pay all timely-filed allowed unsecured claims.

ID XoRCiCSrRE93JxS8MDoEz4eU

Jesse J. Noble, Debtor

4/10/2026

Date: _____

# eSignature Details

**Signer ID:**        **XoRCiCSrRE93JxS8MDoEz4eU**
Signed by:            Jesse J Noble
Sent to email:        jessar321@gmail.com
IP Address:           98.18.238.25
Signed at:            Apr 10 2026, 2:55 pm EDT