**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Jesse J. Noble, | : | Bankruptcy Case No.: 23-10406-JCM |
| | : | |
| _____Debtor._____ | : | Chapter 13 |
| | : | |
| Jesse J. Noble, | : | Document No.: |
| | : | |
| Movant, | : | Related to Document No.: 77, 84 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents, | : | |
| | : | |
| Respondents. | : | |

**STIPULATED ORDER OF DEBTOR'S AFFIDAVIT PER LBR 6004-2**

The undersigned parties agree that the sale of debtor's real property may proceed without meeting the requirements for publication in W.PA.LBR 6004-1, as all or a portion of the funds received by the debtor for the sale or refinancing of real property is designated to pay one hundred percent (100%) of the amount owed to creditors with allowed claims.  Debtor has stipulated that he waives his exemption under Section 522(d)(1) in the proceeds of sale, and Debtor has further stipulated that he waives a discharge in this case unless and until the 100% of allowed claims are paid in full.

AND NOW, this ____13th____ day of ____April_____, 2026, upon consideration of the Debtor and Chapter 13 Trustee hereby stipulate that sale of the proposed property pursuant to the motion filed at Doc. No. 77 on April 2, 2026, shall be without publication pursuant to Local Rule 6004-2.

_____
John C. Melaragno, Judge  dak
United States Bankruptcy Court
SIGNED
4/13/26 9:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/ *Brian C. Thompson*, Esquire
Brian C. Thompson
PA ID: 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com


Stipulated by:

/s/*James C. Warmbrodt*, Esquire
James C. Warmbrodt
PA ID: 42524
Attorney for Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jwarmbrodt@chapter13trusteewdpa.com


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 23-10406-JCM |
|---|---|
| Jesse J. Noble | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2026 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| r | + | Patrick Groner, Jr., Pennington Lines Real Estate, 2535 W. 26th Street, Erie, PA 16506-3261 |
| 15640353 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 15626010 | | Td Retail Card Services, Ms Bt Pob 9475, Minneapolis, MN 55440 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Apr 15 2026 00:12:55 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 15626002 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 15 2026 00:13:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15626003 | ^ | MEBN | Apr 15 2026 00:07:34 | Bread, Attn: Bankruptcy, 156 Fifth Avenue 2nd Floor, New York, NY 10010-7734 |
| 15626004 | + | Email/Text: bankruptcy@cavps.com | Apr 15 2026 00:15:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15631337 | + | Email/Text: bankruptcy@cavps.com | Apr 15 2026 00:15:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15626005 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 15 2026 00:12:50 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15626006 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 15 2026 00:14:00 | Key Bank NW, Attn: Bankruptcy, Oh-01-51-0622 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 15626007 | | Email/Text: camanagement@mtb.com | Apr 15 2026 00:14:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15643415 | | Email/Text: camanagement@mtb.com | Apr 15 2026 00:14:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15626008 | | Email/Text: camanagement@mtb.com | Apr 15 2026 00:14:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15626009 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2026 00:13:16 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15645933 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2026 00:12:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15629688 | + | Email/Text: tdebn@credbankserv.com | Apr 15 2026 00:14:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15630369 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Apr 15 2026 00:13:13 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15626011 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |

District/off: 0315-1                          User: auto                                  Page 2 of 2

Date Rcvd: Apr 14, 2026                       Form ID: pdf900                           Total Noticed: 20

|  |  | Apr 15 2026 00:13:13 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
|---|---|---|---|
| 15639079 |  Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 15 2026 00:12:55 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15626012 | +  Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Apr 15 2026 00:12:38 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Jesse J. Noble bthompson@ThompsonAttorney.com bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4