**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.:    23-10406-JCM |
| | : | |
| Jesse J. Noble | : | Chapter:    13 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date:    4/21/2026 |
| | : | Time:    02:30 |

## PROCEEDING MEMO

**MATTER**    #77 Second Amended Motion to Sale Real Estate Free and Clear of Third Party Interests, Liens, Judgments, Claims, Charges and/or Encumbrances
          #89 Response by Chapter 13 Trustee

**APPEARANCES:**

          Debtor: Brian C. Thompson (no appearance)
          Trustee: James Wambrodt

**NOTES:**

          No interested parties present in courtroom.

**OUTCOME:**    Hearing to proceed on April 23, 2026 at 2:30 P.M.

SIGNED
4/21/26 4:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA