**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Jesse J. Noble, | : | Bankruptcy Case No.: 23-10406-JCM |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Jesse J. Noble, | : | Document No.: |
| | : | |
| Movant, | : | Related to Document No.: 77,91 |
| | : | |
| | : | |
| v. | : | |
| | : | **Hearing Date and Time:** |
| TD Retail Card Services, Wells, | : | April 21, 2026 at 2:30pm |
| Fargo Bank, N.A. d/b/a Wells Fargo, | : | |
| Auto, Cavalry SPV I, LLC, Wells | : | |
| Fargo Banks, N.A., Wells Fargo | : | |
| Card Services, M&T Bank, and | : | |
| Portfolio Recovery Associates, LLC, | : | |
| JP Morgan Chase Bank, N.A., Bank | : | |
| Of America, N.A. | : | |
| | : | |
| Respondents. | : | |

**ORDER OF COURT**

AND NOW, this __20th__ day of ____April____, 2026, upon consideration of

Debtor's Motion to Continue Hearing on Second Amended Motion to Sell Real Estate, it is

hereby ORDERED that the hearing scheduled for April 21, 2026  is rescheduled for

__April 23,____, 2026 at __2:30 pm__ .

_____
John C. Melaragno, Judge  dak
United States Bankruptcy Court
SIGNED
4/20/26 8:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 23-10406-JCM

Jesse J. Noble                                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 20, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#                    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2026:**

**Recip ID                        Recipient Name and Address**
db                          #+  Jesse J. Noble, 7595 Sterrettania Road, Girard, PA 16417-8015

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2026 at the address(es) listed below:**

**Name                                    Email Address**

Brian C. Thompson
                                    on behalf of Debtor Jesse J. Noble bthompson@ThompsonAttorney.com
                                    bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Matthew Fissel
                                    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee
                                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                    cmecf@chapter13trusteewdpa.com

TOTAL: 4