**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-10406-JCM |
| | : | | |
| Jesse J. Noble | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 4/23/2026 |
| | : | Time: | 02:30 |

**PROCEEDING MEMO**

**_MATTER_**     #77 Amended Motion to Sell Property Free and Clear of Liens under
Section 363(f)
         #89 Response by Chapter 13 Trustee

**_APPEARANCES:_**

         Debtor: Brian C. Thompson
         Trustee: James Warmbrodt (No appearance)

**_NOTES:_**

Thompson:     The Trustee approved the amended proposed order, so I do not believe
they have any other objections.

**_OUTCOME:_**     GRANTED / OE

                              SIGNED
                              4/23/26 3:32 pm
                              CLERK
                              U.S. BANKRUPTCY
                              COURT - WDPA