**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Jesse J. Noble, | Bankruptcy Case No.: 23-10406-JCM |
| Debtor. | Chapter 13 |
| Jesse J. Noble, | Document No.: |
| Movant, | |
| Vs. | Related Doc.  98 |

TD Retail Card Services, Wells,
Fargo Bank, N.A. d/b/a Wells Fargo,
Auto, Cavalry SPV I, LLC, Wells
Wells Fargo Banks, N.A., Wells Fargo
Card Services, M&T Bank, and
Portfolio Recovery Associates, LLC,
JP Morgan Chase Bank, N.A.,
Bank Of America, N.A.,
                    Respondents

**<u>CERTIFICATE OF SERVICE</u>**

I, Sherrin Kennedy, Legal Staff, hereby certify that a copy of the Third Amended Order Confirming Sale of Property was served by First Class U.S. mail postage prepaid and/or electronic correspondence on May 1, 2026 on the interested parties on the Bankruptcy Clerk's mailing matrix

Denise Carlon on behalf of Creditor M&T BANK
dcarlon@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Brian C. Thompson on behalf of Debtor Pasquale Richard Encapera
bthompson@ThompsonAttorney.com,
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson on behalf of Joint Debtor Nicole Roberts
bthompson@ThompsonAttorney.com,
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Date: May 1, 2026                                    /s/ Sherrin Kennedy
                                                     Sherrin Kennedy, Legal Staff
                                                     Thompson Law Group, P.C.
                                                     301 Smith Drive
                                                     Suite 6
                                                     Cranberry Township, PA 16066
                                                     (724) 799-8404 Telephone
                                                     (724) 799-8409 Facsimile
                                                     kfinke@thompsonattorney.com