## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Jesse J. Noble , | : | Bankruptcy Case No.: 23-10406-JCM |
| | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| _____ | : | |
| Jesse J. Noble, | : | Document No.: |
| | : | |
| | : | Related to Document No.: 101 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | Hearing Date and Time: |
| TD Retail Card Services, Wells, | : | |
| Fargo Bank, N.A. d/b/a Wells Fargo, | : | |
| Auto, Cavalry SPV I, LLC, Wells | : | |
| Fargo Banks, N.A., Wells Fargo | : | |
| Card Services, M&T Bank, Portfolio | : | |
| Recovery Associates, LLC, JP | : | |
| Morgan Chase Bank, N.A., and | : | |
| Bank of America, N.A. | : | |
| | : | |
| Respondents. | : | |

## ORDER OF COURT

AND NOW, this __21st__ day of _____May_____, 2025, upon consideration of the

Motion to Extend Closing Deadline Regarding 7595 Sterrettania Road, Girard, PA 16417, it is

hereby ORDERED that the closing shall occur no later than June 19, 2026, and the Movant shall

file a report of the sale within seven (7) days following the closing.

_____
John C. Melaragno, Judge  dak
United States Bankruptcy Court
SIGNED
5/21/26 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Jesse J. Noble

    Debtor

Case No. 23-10406-JCM

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 21, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

**Recip ID**        **Recipient Name and Address**
db               #+   Jesse J. Noble, 7595 Sterrettania Road, Girard, PA 16417-8015

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Brian C. Thompson
     on behalf of Debtor Jesse J. Noble bthompson@ThompsonAttorney.com
     bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;skennedy@thompsonattorney.com;krupert@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Matthew Fissel
     on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

TOTAL: 4